# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 18, 2006

Clifford W. Taylor,
Chief Justice

130182

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 130182
COA: 257557
Wayne CC: 02-014804-01

HANS LEE THOMAS,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the November 1, 2005 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *People v Smith* (Docket No. 130353) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 18, 2006

Clerk

p1011